**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Andrea D. Elston                 CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 19-14934 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Limosa LLC and index same on the master mailing list.

                                  Respectfully submitted,

/s/ **Mark A. Cronin**
Mark Cronin
12 Dec 2023, 08:52:15, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322