United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Andrea D. Elston  
    Debtor

Case No. 19-14934-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Oct 18, 2024      Form ID: 138OBJ      Total Noticed: 34

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrea D. Elston, 2315 Clearview Avenue, Willow Grove, PA 19090-4834 |
| 14371759 | + | Anthium, LLC, c/o Lisa Cancanon, Weinstein & Riley, P.S., 11101 West 120th Avenue #280, Broomfield, CO 80021-2756 |
| 14368921 | + | Anthium, LLC c/o Selene Finance, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1837 |
| 14368924 | + | Commonwealth of PA, Collection's Unit, 14th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14368925 | + | Credit Acceptance (Claim 1), Po Box 513, Southfield, MI 48037-0513 |
| 14386877 | #+ | Credit Acceptance Corporation, c/o William E. Craig, Esquire, Morton & Craig, LLC, 110 Marter Ave., Suite 301 Moorestown, NJ 08057-3125 |
| 14838262 | + | Limosa LLC., c/o Mark Cronin,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14444683 | + | Ross, Quinn & Ploppert, P.C., 192 S. Hanover Street, Suite 101, Pottstown, PA 19464-6096 |
| 14368930 | #+ | Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 19 2024 00:04:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 19 2024 00:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14385738 | + | Email/Text: bkteam@selenefinance.com | Oct 19 2024 00:03:00 | Anthium, LLC, SELENE FINANCE LP, 9990 Richmond Ave, Suite 400 South, Houston, TX 77042-4546 |
| 14510340 | + | Email/Text: bknotices@snsc.com | Oct 19 2024 00:04:00 | Argolica LLC, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 14368922 | | Email/Text: megan.harper@phila.gov | Oct 19 2024 00:04:00 | City of Phila./School District of Phila., C/O Law Department, 1515 Arch Street, 14th Floor, Philadelphia, PA 19107 |
| 14461235 | | Email/Text: megan.harper@phila.gov | Oct 19 2024 00:04:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14368923 | + | Email/Text: dylan.succa@commercialacceptance.net | Oct 19 2024 00:03:00 | Commercial Acceptance, 2300 Gettysburg Rd, Camp Hill, PA 17011-7303 |
| 14369156 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 19 2024 00:03:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14368926 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 19 2024 00:21:34 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14373640 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 19 2024 00:22:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14550282 | ^ | MEBN | Oct 19 2024 00:01:36 | Land Home Financial Services, 3611 South Harbor Blvd, Suite 100, Santa Ana, CA 92704-7915 |
| 14838169 | ^ | MEBN | Oct 19 2024 00:01:14 | Limosa LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14368927 | + | Email/Text: Bankruptcies@nragroup.com | Oct 19 2024 00:04:00 | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 14368928 | | Email/Text: bankruptcygroup@peco-energy.com | Oct 19 2024 00:04:00 | PECO, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14376074 | ^ | MEBN | Oct 19 2024 00:01:18 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14385968 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 19 2024 00:04:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14368929 | + | Email/Text: clientservices@remexinc.com | Oct 19 2024 00:03:00 | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 14369689 | ^ | MEBN | Oct 19 2024 00:01:29 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14369369 | ^ | MEBN | Oct 19 2024 00:01:30 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14368931 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Oct 19 2024 00:21:03 | T-Mobile, PO Box 742596, Cincinnati, OH 45274-2596 |
| 14374602 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 19 2024 00:21:36 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14368932 | + | Email/Text: bncmail@w-legal.com | Oct 19 2024 00:04:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14400474 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 19 2024 00:08:17 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14368933 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 19 2024 00:03:00 | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |
| 14368934 | | Email/Text: bankruptcy.accounts@wakeassoc.com | Oct 19 2024 00:03:00 | Wakefield & Associates, 7005 Middlebrook Pike, Knoxville, TN 37909 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14368935 | | Water Revenue Bureau |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 18, 2024 | Form ID: 138OBJ | Total Noticed: 34 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2024         Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2024 at the address(es) listed below:**

**Name**        **Email Address**

BRIAN E. CAINE
on behalf of Creditor Argolica LLC bcaine@parkermccay.com BKcourtnotices@parkermccay.com

DENISE ELIZABETH CARLON
on behalf of Creditor Limosa LLC bkgroup@kmllawgroup.com

JOSEPH L QUINN
on behalf of Debtor Andrea D. Elston CourtNotices@rqplaw.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 6

*Form 138OBJ* (6/24)−doc 89 − 88

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>    Andrea D. Elston<br><br>    Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 19−14934−amc<br><br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: October 18, 2024                                                                                         For The Court

                                                                                                              Timothy B. McGrath
                                                                                                              Clerk of Court