United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Andrea D. Elston  
    Debtor

Case No. 19-14934-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2  
Date Rcvd: Oct 18, 2024     Form ID: 234     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrea D. Elston, 2315 Clearview Avenue, Willow Grove, PA 19090-4834 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2024 at the address(es) listed below:

**Name**     **Email Address**

BRIAN E. CAINE  
    on behalf of Creditor Argolica LLC bcaine@parkermccay.com BKcourtnotices@parkermccay.com

DENISE ELIZABETH CARLON  
    on behalf of Creditor Limosa LLC bkgroup@kmllawgroup.com

JOSEPH L QUINN  
    on behalf of Debtor Andrea D. Elston CourtNotices@rqplaw.com

KENNETH E. WEST  
    ecfemails@ph13trustee.com philaecf@gmail.com

United States Trustee  
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG  
    on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Oct 18, 2024 | Form ID: 234 | Total Noticed: 1

mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Andrea D. Elston

       Debtor(s)                          Case No:19−14934−amc

                                        Chapter: 13

_____

### *NOTICE OF TERMINATION OF WAGE ORDER*

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

                                                                              For The Court

                                                                              Timothy McGrath,
                                                                              Clerk of Court

Date: 10/18/24